400 A.2d 637

Commonwealth v. Eugene Jones, Appellant.

Submitted September 15, 1978. John W. Packel, Assistant Public Defender, Chief, Appeals Division, for appellant; Robert B. Lawler, Assistant District Attorney, Chief, Appeals Division, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.

---

400 A.2d 637

Commonwealth v. Herbert Jones, Appellant.

Submitted March 20, 1978. Lee Mandell, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.